**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7096**

_____

UNITED STATES OF AMERICA,

              Petitioner - Appellee,

        v.

RAPHAEL MENDEZ,

              Respondent - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:91-hc-00350-BR)

_____

Submitted:  October 2, 2012          Decided:  October 25, 2012

_____

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Raphael Mendez, Appellant Pro Se.  David T. Huband, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals the district court's order finding that he continues to meet the criteria for commitment pursuant to 18 U.S.C. § 4246 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED